IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERNELL WILLIAMS, et. al., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEVIN CHRISTENSEN, et. al. | : | NO. 21-915 SWR |
| | : | |

## ORDER

**AND NOW**, this 28th day of March, 2023, upon consideration of *Defendants' Motion for Partial Summary Judgment* (doc. 46), it is hereby **ORDERED** that:

1. Defendants' Motion for Partial Summary Judgment is **GRANTED** in part and **DENIED** in part;

2. **JUDGMENT IS ENTERED** in favor of Defendant Melton Truck Lines, Inc., on only the direct negligence claim contained in Count II of Plaintiff's Complaint (doc. 1);

3. The remaining vicarious liability claims in Count II remain against Defendant Melton Truck Lines, Inc.;

4. All claims remain against Defendant Liberty Truck & Trailer Leasing & Sales, LLC, and;

5. Defendants Liberty Truck & Trailer Leasing & Sales, LLC, and Melton Truck Lines, Inc. remain parties to the matter.

BY THE COURT:

*/s/ Scott W. Reid*
SCOTT W. REID, J.
UNITED STATES MAGISTRATE JUDGE